Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Douglas G. Roberts appeals from the district court's order denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Roberts v. Thompson*, No. CA–02–1225–AW (D. Md. filed Sept. 19, 2002; entered Sept. 20, 2002). We deny Roberts' request for an injunction staying his termination and granting backpay, interest and benefits. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Reynaldo Chiroldes, Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Reynaldo Chiroldes, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Chiroldes v. Dodrill*, No. CA–01–989 (E.D.N.C. May 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Reynaldo **CHIROLDES**, Petitioner–Appellant,

v.

D. Scott **DODRILL**, Warden; United States of America, Respondents–Appellees.

No. 02–6932.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 31, 2002.

Cedric Dion **FUNDERBURK**, Plaintiff–Appellant,

v.

Wallings D. **VREELAND**, Defendant–Appellee.

No. 02–6946.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Dec. 31, 2002.